March 17, 1939

Hon. Julian Montgomery
State Highway Engineer
Austin, Texas

Dear Sir:

Opinion No. O-214
Re: Superheavy or oversized permit
bond forms

We acknowledge receipt of two forms of super-
heavy or oversized permit bonds for opinion as to whether
the same meets the requirements of Article 6701a.

You are advised that the conditions of these
bonds are as required by law and meet the requirements
as set out in the above Article.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Richard H. Cooke
Assistant

RHC:bbb

Enclosure

APPROVED:

ATTORNEY GENERAL OF TEXAS